# OLTARSH & ASSOCIATES, P.C.
## ATTORNEYS AT LAW



494 Eighth Avenue, Suite 1704
New York, NY 10001
Tel: (212) 944-9420
Fax: (212) 944-9120
E-mail: info@oltarsh.com
www.oltarsh.com

November 11, 2005

Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201

Re: **Sholeman v. DHS, et al, No. CV-05-3603 (JG)(CLP)**

Dear Judge Gleeson:

We filed a Petition for Mandamus in order to have the Immigration Service adjudicate the naturalization case of Mr. Sholeman. Mr. Sholeman has been naturalized, therefore, we wish to withdraw the above captioned case with prejudice inasmuch as it is now moot.

Thank you for your courtesy in this matter.

Respectfully,

Jennifer Oltarsh

lf

SO ORDERED:

s/John Gleeson
_____
Judge John Gleeson